

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-10-081-CV

IN RE LLANO ROYALTY, LTD.
AND LLANO OPERATING
CORPORATION D/B/A NORTH
TEXAS LLANO OPERATING
CORPORATION

RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus, relators' motion for emergency relief, the response of the real party in interest, and relators' reply and is of the opinion that all relief should be denied. Accordingly, our March 24, 2010 stay order is hereby vacated, and relators' petition for writ of mandamus is denied.

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL: MCCOY, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: June 17, 2010